IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD C. LAPENSOHN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HUDSON CITY SAVINGS BANK, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 19-4576-KSM |

## ORDER

**AND NOW** this 21st day of April, 2021, upon consideration of M&T Bank's Motion to Dismiss (Doc. No. 24), M&T Bank Corp.'s Motion to Dismiss (Doc. No. 25), Plaintiff's opposition brief (Doc. No. 28), and Defendants' joint reply brief (Doc. No. 29), it is **ORDERED** that the motions to dismiss are **GRANTED** and the Amended Complaint (Doc. No. 23) is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this matter **CLOSED.**

**IT IS FURTHER ORDERED** that upon consideration of M&T Bank Corp.'s request for sanctions (Doc. No. 25), the request is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.